# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| NODEN PHARMA DAC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-728-MPT |
| | ) |
| ANCHEN PHARMACEUTICALS, INC. and PAR PHARMACEUTICAL, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff Noden Pharma DAC, and Defendant Anchen Pharmaceuticals, Inc. hereby stipulate and agree that the above-captioned action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.

ME1 27439068v.1

| | |
|---|---|
| Dated: June 11, 2018 | Dated: June 11, 2018 |
| /s/ Daniel M. Silver | /s/ Steve J. Fineman |
| MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Facsimile: (302) 691-1260<br>Daniel M. Silver<br>dsilver@mccarter.com<br>Benjamin A. Smyth<br>bsmyth@mccarter.com | RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square 920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>Steven J. Fineman<br>fineman@rlf.com<br>Katharine Lester Mowery<br>mowery@rlf.com |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Facsimile: (202) 408-4400<br>Robert F. Shaffer<br>robert.shaffer@finnegan.com<br>Maximilienne Giannelli<br>maximilienne.giannelli@finnegan.com<br>Cora R. Holt<br>cora.holt@finnegan.com | AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>22nd Floor<br>New York, NY 10036<br>David H. Silverstein<br>dsilverstein@axinn.com<br><br>950 F. Street N.W.<br>7th Floor<br>Washington, D.C. 20004<br>Aziz Burgy<br>aburgy@axinn.com<br>Christopher M. Gallo<br>cgallo@axinn.com<br>William C. Rose<br>wrose@axinn.com |
| Attorneys for Plaintiff Noden Pharma DAC | Attorneys for Defendant, Anchen Pharmaceuticals, Inc. |

SO ORDERED this _____ day of _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

ME1 27439068v.1